# Law Offices of Adam J. Roth

(212) 922 – 3...
(212) 253 – 4...
adamjrothesq@g...

112 Madison Avenue, 6th Floor
New York, New York 10016

Judge Philip Halpern
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

> Application granted. The initial conference is adjourned to 1/5/2021 at 10:00 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> October 28, 2020

Re:  Atkinson v. Trail et. ano.
     7:20-cv-6101

Judge Halpern:

Please accept this letter as the parties joint request for an adjournment of the Initial Conference currently set for November 4, 2020 at 12:00 p.m. The reason for the request is that Defendant Trail has not yet appeared and Defendant Dada is attempting to have the State of New York undertake the defense of this case on his behalf. This is the first request for an adjournment and no previous adjournments have been given. Defendant Dada's counsel has consented to the request.

Defendant Trial contacted the undersigned today and stated that he needs time to get an attorney and attempt to have the state of New York take over the defense of this action. Defendant Trail requested a 60 day adjournment of the hearing.

Given the both defendants Dada and Trail are attempting to have the State of New York undertake the defense of this action, it is respectfully requested that this Court adjourn the Initial Conference for 60 days. Thank you for your consideration.

Respectfully submitted,

Adam J. Roth