UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BRIANA ATKINSON,

                      Plaintiff,

v.

GARTH TRAIL, et al.,

                      Defendants.
----------------------------------------------------------X

**ORDER**

No. 20-CV-06101 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for plaintiff and defendant Dada appeared today for a telephone conference. Defendant *pro se* Trail did not appear.

The Court directed defendant Dada to provide an answer to Interrogatory #2 (*see* Doc. 32-1 at 4-5). With respect to plaintiff's document demands, the Court directed defendant Dada to produce documents concerning his employment file and any complaints against him. Plaintiff, should she be so advised, shall serve a subpoena to the appropriate entity for the balance of the document requests (*see* Doc. 32-1 at 2-3).

The Court extended the deadline to complete fact discovery to 11/29/2021. The case management conference scheduled for 11/30/2021 at 10:30 a.m. will proceed as scheduled via telephone. At the time of the conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

The Clerk of the Court is requested to mail a copy of this Order to defendant Trail.

SO ORDERED.

Dated: White Plains, New York
        October 7, 2021

                                                                                      Philip M. Halpern
                                                                                   United States District Judge