UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BRIANA ATKINSON,

                      Plaintiff,

v.

                                  **ORDER**

GARTH TRAIL, et al.,

                                  No. 20-CV-06101 (PMH)

                      Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Counsel for plaintiff and defendant Dada appeared today for a telephone conference. Defendant *pro se* Trail did not appear. Counsel advised that he had previously notified Trail by telephone and text message of the conference and provided the call-in information to him. Counsel further advised that Trail has not participated in discovery, failed to appear for depositions, and has not responded to telephone calls.

    Counsel advised that the parties are not engaging in expert discovery. Therefore, discovery is complete, subject to any issues concerning the documents requested from the State.

    The Court directed plaintiff to file a letter by 12/14/2021 to advise the Court whether she intends to proceed with any motion practice with respect to defendant Trail or that she elects to proceed to trial. If plaintiff intends to make a motion, she shall also advise of the nature of the motion in her letter.

    The Clerk of the Court is requested to mail a copy of this Order to defendant Trail.

SO ORDERED.

Dated: White Plains, New York
         November 30, 2021

                                                         _____
                                                          Philip M. Halpern
                                                          United States District Judge