112 Madison Avenue, 6th Floor
New York, New York 10016
www.loajr.com

> Application granted. The time to file a Joint Pretrial Order in accordance with Rule 6.A of the Court's Individual Practices, as well as pretrial submissions in accordance with Rule 6.B, which includes motions *in limine*, proposed joint *voir dire*, joint requests to charge, joint verdict form, and pretrial memoranda if any, is extended to March 7, 2022. The Clerk of Court is requested to mail a copy of this Order to pro se defendant Trail.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 2, 2022

Judge Philip Halpern
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

        Re:    Atkinson v. Trail et. ano.
              7:20-cv-6101

Judge Halpern:

      Please accept this letter as the parties joint request for the Court to extend the parties time to file the Joint Pre-Trial Order thirty days from February 7, 2022 to March 7, 2022. This is the parties first request to extend the deadline and the request is made on consent. The reason for the request is that parties are waiting for responses to the subpoenas served on the State of New York and Westchester County District Attorneys' Office.

      The Westchester County District Attorneys' Office has an assigned deputy reviewing the file and anticipates a complete response to be sent out in mid to late February. New York Office of Special Investigations has completed its internal review and anticipates mailing a response early to middle of next week.

      Therefore, to allow the parties to review the documents and prepare a complete Joint Pre-trial Order, we respectfully request an extension of time to March 7, 2022 to file the Joint Pre-trial Order. Thank you for your time and attention to this matter.

Sincerely,

/s/

Adam J. Roth