UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIANA ATKINSON,

                    Plaintiff,

    -v-

GARTH TRAIL, et al.,

                  Defendant.
-------------------------------------------------------------X

**JUDGMENT**

20-cv-06101 (PMH)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury

Trial before the Honorable Philip M. Halpern, United States District Judge, Plaintiff Briana

Atkinson has judgment in the amount of $100,000.00 for damages and $200,000.00 for punitive

damages, for total of $300,000.00, against Defendant Garth Trail; and it is further

      **ORDERED** that this action is dismissed with prejudice as against Defendant B. Clement

Dada.

**Dated:** White Plains, New York
        April 14 , 2022

                                        **RUBY J. KRAJICK**

                                          **Clerk of Court**

         **BY:**                                 **Deputy Clerk**

**So Ordered:**

_____
   **U.S.D.J.**